# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

JAY BARRINGER,

    *Petitioner,*

v.                            CASE NO. 1:16-cv-00273-MP-CAS

PAMELA BONDI, BERNIE MCCABE,

    *Respondents.*

_____/

## O R D E R

This matter is before the Court on ECF No. 3, the Report and Recommendation of the Magistrate Judge that this matter be transferred to the Middle District of Florida. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this order.

2. This case is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa Division, for all

further proceedings. The clerk of court is directed to transfer this case and to close this case in the Northern District.

**SO ORDERED on September 23, 2016.**

                    <u>s/Mark E. Walker</u>
                    **United States District Judge**